# Court of Appeals
# of the State of Georgia

ATLANTA,   May 23, 2013

*The Court of Appeals hereby passes the following order:*

## A13A1821.  PETER AUGUSTA v. HERA LIGHTING, L. P.

Peter Augusta filed this direct appeal from the trial court's order denying his extraordinary motion for new trial.[1] To appeal from an order denying an extraordinary motion for new trial, a party must file an application for discretionary appeal.  See OCGA § 5-6-35 (a) (7); *Balkcom v. State*, 227 Ga. App. 327, 329 (489 SE2d 129) (1997).  Because Augusta failed to comply with the discretionary appeal procedure, this Court lacks jurisdiction to consider the appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 05/23/2013
*I certify that the above is a true extract from* the minutes of the Court of Appeals of Georgia.
*Witness my signature and the seal of said court* hereto affixed the day and year last above written.

_____ , *Clerk.*

---

[1] Augusta previously filed a motion for new trial, which the court denied. Augusta attempted to appeal from that denial, but we dismissed the appeal because the motion for new trial had not been timely filed.  See *Augusta v. Hera Lighting L. P.*, Case No. A12A1992.